ACCEPTED
04-15-00757-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/30/2015 1:44:53 PM
KEITH HOTTLE
CLERK

04-15-00757-CV

## NO. 2010-08-27,732-CV

| | | |
|---|---|---|
| **LARRY CHAPA JR.**<br>**Plaintiff,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **V.** | § | **38TH JUDICIAL DISTRICT** |
| | § | |
| **CASSANDRA L. LEIJA**<br>**Defendant.** | § | **OF UVALDE COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/30/2015 1:44:53 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Defendant, Cassandra L. Leija, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on November 18, 2015 and filed November 20, 2015.

Cassandra L. Leija desires to appeal the granting of temporary orders.

This appeal is being taken to the Fourth Court of Appeals.

This notice is being filed by Cassandra L. Leija.

This is an accelerated appeal.

Respectfully submitted,

The Munoz Law Firm

By: _____
Rogelio F. Munoz
Texas Bar No. 14670300
Email: rogelio@swtexaslaw.com
231 S. Getty St.
UVALDE, TX 78801
Tel. (830) 278-1150

Fax. (830) 278-1559
Attorney for Defendant
Cassandra L. Leija

## CERTIFICATE OF SERVICE

I certify that on November 23, 2015 a true and correct copy of Defendant's Notice of Appeal was served by fax on J.P. Garcia at 855-301-9361.

_____
Rogelio F. Munoz